Keith M. **SHANKLIN**, Petitioner,

v.

**STATE of Florida**, Respondent.

No. 1D16–3659.

District Court of Appeal of Florida, First District.

Oct. 7, 2016.

Rehearing Denied Nov. 21, 2016.

Keith M. Shanklin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. *See Baker v. State*, 878 So.2d 1236 (Fla.2004).

B.L. THOMAS, RAY, and OSTERHAUS, JJ., concur.